# EXHIBIT 2-4

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 11, 2016**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| IN RE: | § CASE NO. 13-41158-rfn13 |
| CAESAR MARK CAPISTRANO, | § CHAPTER 13 |
| DEBTOR(S), | § |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-11 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-11, BY SHELLPOINT MORTGAGE SERVICING, | § **PRELIMINARY HEARING: AUGUST 10, 2016 @ 9:30 AM** |
| MOVANT, | § |
| VS. | § |
| CAESAR MARK CAPISTRANO, DEBTOR(S), AND PAM BASSEL, CHAPTER 13 TRUSTEE | § |
| RESPONDENTS. | § |

## AGREED ORDER MODIFYING STAY

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-

THROUGH TRUST 2007-11 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-11, BY SHELLPOINT MORTGAGE SERVICING ("Movant" or "Creditor"), by and through its counsel of record, Nathan F. Smith, and Caesar Mark Capistrano ("Debtor"), by and through his counsel of record, Christopher Marvin Lee, hereby submit the following:

## I. RECITALS

1. Movant holds a valid promissory note secured via a first prioity deed of trust by the real property commonly known as 466 High Point Drive, Murphy, TX 75094 ("Property").

2. On or about March 12, 2013 the Debtor filed a petition under Chapter 13 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas, Case No. 13-41158-rfn13.

3. Debtor was in default under the terms of the Note and Deed of Trust referenced above at the commencement of this bankruptcy filing and are currently in default on his obligations under a confirmed Chapter 13 plan.

4. Movant filed a Motion for Relief from the Automatic Stay on or about July 22, 2016.

## II. STIPULATION

Based on the above, the Parties hereby stipulate to the following terms:

5. Debtor shall resume tendering regular monthly payments to Creditor, pursuant to the terms of the Promissory Note and Deed of Trust, commencing September 1, 2016 and continuing until all outstanding amounts under the Note are paid in full. The current monthly payment is $4,992.38.

6. The post-petition arrears total $90,769.43 through and including the August 1, 2016 post-petition payment.

7. The arrears shall be increased to include Movant's attorney fees and costs in the amount of $675.00.

8. Within 30 days of the entry of this Order, the debtors shall file a Motion to Modify the Chapter 13 Plan ("Motion to Modify") to include the arrears and Movant's attorney fees and costs in the amount of $91,444.43.

9. Debtor shall comply with the terms and conditions of the confirmed Chapter 13 Plan and shall remain current on all insurance and property tax payments.

10. For so long as the automatic stay remains in effect with regard to the subject property, if the Debtor fails to comply with any provision of this stipulation, the Creditor shall provide notice to the debtor at 446 High Point Drive, Murphy, TX 75094, and to Christopher Marvin Lee, Debtors' attorney of record, at: 8701 Bedford Euless Road, Ste 510, Hurst, TX 76053. The Notice shall indicate the nature of the default. If the Debtor fails to cure the default within ten (10) calendar days from the date written notice is placed in the mail the automatic stay shall be immediately terminated. If the Debtor fails to cure a second default notice within ten (10) calendar days from the date of the written notice is placed in the mail the automatic stay shall be immediately terminated. Upon a third default the Creditor may file an *Ex Parte* Declaration of Non-Cure and an Order terminating the automatic stay ("OTAS"). Upon entry of the OTAS, the automatic stay shall be immediately terminated and the Creditor may proceed to foreclose pursuant to the terms of its Note and Deed of Trust and applicable state laws.

11. In the event that Creditor is granted Relief from the Automatic Stay, the parties hereby stipulate that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

12. In the event that Debtors default under this Stipulation and Creditor forwards a 10-day letter to Debtors, they shall be required to tender $75.00 for each default letter sent.

**###END OF ORDER###**

Dated: August 1, 2016

/s/Nathan F. Smith ________
Nathan F. Smith
TBN#24094355
Attorney for Movant
6701 Highway Blvd, Ste. 206
Katy, Texas 77494
Phone: (713) 487-3893
Fax: (713) 493-0175
Email: nathan@mclaw.org

Dated: August 1, 2016

/s/Christopher Marvin Lee____
Christopher Marvin Lee
Attorney for Debtor
8701 Bedford Euless Road
Suite 510
Hurst, TX 76053
817-265-0123
Fax : 817-580-1123
Email: ecf@leebankruptcy.com